IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEDRICK L. WILLIAMS,              )
                                  )
            Plaintiff,            )
                                  )
    v.                            )
                                  )
RALPH KERSEY Sheriff, B.J.        )     1:24-cv-178
KNIGHT Chief, KIM FOY             )
Captain, SARAH HUNT               )
Lieutenant, C.J. MCCARTHUR        )
Sergeant, JERSEY Sergeant,        )
HOSKIN Officer, LAURA CHAVEZ      )
Sergeant, and TERRY LOCKLEAR      )
Sergeant,                         )
                                  )
            Defendants.           )

## ORDER

On April 24, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order and Order to Show Cause, (Doc. 3), is **DENIED.**

This the 18th day of June, 2024.

                                           /s/ William L. Osteen, Jr.
                                                 United States District Judge