```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEDRICK L. WILLIAMS,           )
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )    1:24-cv-178
RALPH KERSEY, B.J. KNIGHT,     )
KIM FOY, SARAH HUNT, C.J.      )
MCCARTHUR, JERSEY, HOSKIN,     )
and TERRY LOCKLEAR,            )
                               )
          Defendants.          )
```

### ORDER

On August 11, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S. C. § 636. (Docs. 45, 46.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 45), is **ADOPTED. IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's July 11, 2025 Order.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 33), is **DENIED** as **MOOT**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2025.

                                                  _____
                                                  United States District Judge